**Fill in this information to identify the case:**

Debtor 1: Derex Love

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Illinois

Case number: 17-31585

---

Official Form 410S1

# Notice of Mortgage Payment Change                                   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 6 2 3 8

**Date of payment change:** 10/01/2020
Must be at least 21 days after date of this notice

**New total payment:** $ 944.59
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 385.81          New escrow payment: $ 412.70

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

---

Official Form 410S1                        **Notice of Mortgage Payment Change**                        page 1

Debtor 1  Derex Love
First Name   Middle Name   Last Name

Case number (*if known*) 17-31585

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ Ira T. Nevel
Signature

Date 09/03/2020

Print:  Ira   T   Nevel
First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  Law Office of Ira T. Nevel

Address  175 N. Franklin St., Ste. 201
Number   Street

Chicago    IL    60606
City    State    ZIP Code

Contact phone  (312) 357-1125

Email  IraT@nevellaw.com

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date: 09/03/2020

Case No: 17-31585

Chapter 13 Trustee: Russell C Simon
Trustee Address: Chapter 13 Trustee  24 Bronze Pointe  Swansea, IL 62226
Trustee Email:

Debtor's Counsel Name: Ronald Allan Buch
Debtor's Counsel Address: Ronald A Buch and Associates  5312 W Main St  Belleville, IL 62226
Debtor's Counsel Email: Belleville@tbcwam.com

Debtor 1 Name: Derex Love
Debtor 2 Name:
Debtor's Mailing Address: 21 Chalet Ct  Fairview Heights, IL 62208-3651
Debtor Email:

/s/ Ira T. Nevel

SN Servicing Corporation      Final
323 FIFTH STREET
EUREKA, CA 95501
For Inquiries: (800) 603-0836

Analysis Date: August 25, 2020

DEREX LOVE
21 CHALET CT
FAIRVIEW HEIGHTS IL 62208

Loan:
Property Address:
21 CHALET COURT
FAIRVIEW HEIGHTS, IL 62208

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Oct 2019 to Sept 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Oct 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 531.89 | 531.89 |
| Escrow Payment: | 385.81 | 412.70 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $917.70 | $944.59 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Sep 01, 2020 |
| Escrow Balance: | 902.95 |
| Anticipated Pmts to Escrow: | 385.81 |
| Anticipated Pmts from Escrow (-): | 1,385.66 |
| Anticipated Escrow Balance: | ($96.90) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 777.33 | (336.36) |
| Oct 2019 | 354.87 | 385.81 | | | * | 1,132.20 | 49.45 |
| Nov 2019 | 354.87 | 385.81 | | | * | 1,487.07 | 435.26 |
| Nov 2019 | | | | 1,671.32 | * Homeowners Policy | 1,487.07 | (1,236.06) |
| Dec 2019 | 354.87 | 385.81 | 1,487.07 | | * Homeowners Policy | 354.87 | (850.25) |
| Jan 2020 | 354.87 | 385.81 | | | * | 709.74 | (464.44) |
| Feb 2020 | 354.87 | 385.81 | | | * | 1,064.61 | (78.63) |
| Feb 2020 | | 16.35 | | | * Escrow Only Payment | 1,064.61 | (62.28) |
| Mar 2020 | 354.87 | | | | * | 1,419.48 | (62.28) |
| Apr 2020 | 354.87 | 385.81 | | | * | 1,774.35 | 323.53 |
| May 2020 | 354.87 | 385.81 | | | * | 2,129.22 | 709.34 |
| May 2020 | | 15.95 | | | * Escrow Only Payment | 2,129.22 | 725.29 |
| Jun 2020 | 354.87 | 771.62 | 1,385.66 | | * County Tax | 1,098.43 | 1,496.91 |
| Jul 2020 | 354.87 | 385.81 | | | * | 1,453.30 | 1,882.72 |
| Jul 2020 | | 15.51 | | | * Escrow Only Payment | 1,453.30 | 1,898.23 |
| Jul 2020 | | | | 1,381.09 | * County Tax | 1,453.30 | 517.14 |
| Aug 2020 | 354.87 | 385.81 | 1,385.66 | | * County Tax | 422.51 | 902.95 |
| Sep 2020 | 354.87 | | | | * | 777.38 | 902.95 |
| | | | | | Anticipated Transactions | 777.38 | 902.95 |
| Aug 2020 | | | | 1,385.66 | County Tax | | (482.71) |
| Sep 2020 | | 385.81 | | | | | (96.90) |
| | $4,258.44 | $4,677.53 | $4,258.39 | $4,438.07 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $4,258.39. Under Federal law, your lowest monthly balance should not have exceeded $709.73 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation
For Inquiries: (800) 603-0836

Final

Analysis Date:  August 25, 2020

DEREX LOVE

Loan:

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | (96.90) | 931.64 |
| Oct 2020 | 369.84 |  |  | 272.94 | 1,301.48 |
| Nov 2020 | 369.84 |  |  | 642.78 | 1,671.32 |
| Dec 2020 | 369.84 | 1,671.32 | Homeowners Policy | (658.70) | 369.84 |
| Jan 2021 | 369.84 |  |  | (288.86) | 739.68 |
| Feb 2021 | 369.84 |  |  | 80.98 | 1,109.52 |
| Mar 2021 | 369.84 |  |  | 450.82 | 1,479.36 |
| Apr 2021 | 369.84 |  |  | 820.66 | 1,849.20 |
| May 2021 | 369.84 |  |  | 1,190.50 | 2,219.04 |
| Jun 2021 | 369.84 | 1,381.09 | County Tax | 179.25 | 1,207.79 |
| Jul 2021 | 369.84 |  |  | 549.09 | 1,577.63 |
| Aug 2021 | 369.84 | 1,385.66 | County Tax | (466.73) | 561.81 |
| Sep 2021 | 369.84 |  |  | (96.89) | 931.65 |
|  | $4,438.08 | $4,438.07 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $369.84. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $739.68 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is ($96.90). Your starting balance (escrow balance required) according to this analysis should be $931.64. This means you have a shortage of $1,028.54. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be $4,438.07. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 369.84 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 42.86 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $412.70 |

**Paying the shortage:** If your shortage is paid in full, your new monthly payment will be $901.73 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.